UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

IRVING M.,

                Plaintiff,

v.                                                  3:19-CV-1042 (ML)

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                Defendant.
_____

APPEARANCES:                                   OF COUNSEL:

LACHMAN, GORTON LAW FIRM             PETER A. GORTON, ESQ.
  Counsel for the Plaintiff
1500 East Main Street
Endicott, New York 13761

SOCIAL SECURITY ADMINISTRATION        SIXTINA FERNANDEZ, ESQ.
  Counsel for the Defendant                     Special Assistant U.S. Attorney
26 Federal Plaza, Room 3904
New York, New York 10278

MIROSLAV LOVRIC, United States Magistrate Judge

**DECISION AND ORDER[1]**

      Plaintiff Irving M. ("Plaintiff") commenced this action, pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3), to challenge a denial by the Commissioner of Social Security ("Commissioner") denying Plaintiff's application for Social Security disability and supplemental security income disability benefits. (Dkt. No. 1.) On November 17, 2020, this Court entered judgment that granted in part and denied in part the Commissioner's decision. (Dkt. No. 20.) More

---

[1] This matter is before me based upon consent of the parties, pursuant to 28 U.S.C. § 636(c).

specifically, the Court's Judgment dated November 17, 2020, vacated and reversed the Commissioner's decision denying Plaintiff social security benefits for the time period of September 2, 2013, through November 3, 2016.  (*Id.*)  Following an appeal from the judgment, by a summary order, the Second Circuit Court of Appeals vacated this Court's judgment and remanded the matter to this Court with an instruction to remand the matter to the Commissioner for further action consistent with that Court's opinion.  *Manderville v. Kijakazi*, 21-62, 2022 WL 1013969 (Apr. 5, 2022).

**ACCORDINGLY**, it is

**ORDERED** that the judgment of this Court (Dkt. No. 20) is **VACATED** and the matter is **REMANDED** to the Commissioner for further proceedings consistent with the summary order of the Second Circuit Court of Appeals; and it is further

**ORDERED** that the Clerk of the Court enter judgment consistent with this opinion.

Dated: June 7, 2022
       Syracuse, New York

_____
Miroslav Lovric
U.S. Magistrate Judge